# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00673-RM-KLM

SHANE SCOFIELD, individually and on behalf of all other similarly situated,

    Plaintiff.

v.

VERIFIED TAX RELIEF, INC.,

    Defendant.

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT VERIFIED TAX RELIEF, INC. AND, DEMAND FOR A JURY TRIAL

Defendant VERIFIED TAX RELIEF, INC. ("VERIFIED"), by and through undersigned counsel, answers Plaintiff SHANE SCOFIELF ("Plaintiff"), individually and on behalf of all other similarly situated, Complaint as follows:

1. Defendant VERIFIED TAX RELIEF, INC. ("VERIFIED"), by and through undersigned counsel, answers Plaintiff SHANE SCOFIELF ("Plaintiff"), individually and on behalf of all other similarly situated, Complaint as follows:

2. Answering paragraph 2 of the Complaint, VERIFIED denies the allegations contained in paragraph 2 of the Complaint.

3. Answering paragraph 3 of the Complaint, VERIFIED denies the allegations contained in paragraph 3 of the Complaint.

4. Answering paragraph 4 of the Complaint, VERIFIED denies the allegations contained in paragraph 4 of the Complaint.

5. Answering paragraph 5 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, and therefore denies the allegations.

6. Answering paragraph 6 of the Complaint, VERIFIED admits the allegations contained in paragraph 6 of the Complaint.

7. Answering paragraph 7 of the Complaint, VERIFIED admits the allegations contained in paragraph 7 of the Complaint.

8. Answering paragraph 8 of the Complaint, VERIFIED denies the allegations contained in paragraph 8 of the Complaint.

9. Answering paragraph 9 of the Complaint, VERIFIED denies the allegations contained in paragraph 9 of the Complaint.

10. Answering paragraph 10 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies the allegations.

11. Answering paragraph 11 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and therefore denies the allegations.

12. Answering paragraph 12 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies the allegations.

13. Answering paragraph 13 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore denies the allegations.

14. Answering paragraph 14 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint, and therefore denies the allegations.

15. Answering paragraph 15 of the Complaint, VERIFIED denies the allegations contained in paragraph 15 of the Complaint.

16. Answering paragraph 16 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint, and therefore denies the allegations.

17. Answering paragraph 17 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint, and therefore denies the allegations.

18. Answering paragraph 18 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and therefore denies the allegations.

19. Answering paragraph 19 of the Complaint, VERIFIED denies the allegations contained in paragraph 19 of the Complaint.

20. Answering paragraph 20 of the Complaint, VERIFIED denies the allegations contained in paragraph 20 of the Complaint.

21. Answering paragraph 21 of the Complaint, VERIFIED denies the allegations contained in paragraph 21 of the Complaint.

22. Answering paragraph 22 of the Complaint, VERIFIED denies the allegations contained in paragraph 22 of the Complaint.

23. Answering paragraph 23 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and therefore denies the allegations.

24. Answering paragraph 24 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint, and therefore denies the allegations.

25. Answering paragraph 25 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint, and therefore denies the allegations.

26. Answering paragraph 26 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint, and therefore denies the allegations.

27. Answering paragraph 27 of the Complaint, VERIFIED denies the allegations contained in paragraph 27 of the Complaint.

28. Answering paragraph 28 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint, and therefore denies the allegations.

29. Answering paragraph 29 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint, and therefore denies the allegations.

30. Answering paragraph 30 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint, and therefore denies the allegations.

31. Answering paragraph 31 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint, and therefore denies the allegations.

32. Answering paragraph 32 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint, and therefore denies the allegations.

33. Answering paragraph 33 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint, and therefore denies the allegations.

34. Answering paragraph 34 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint, and therefore denies the allegations.

35. Answering paragraph 35 of the Complaint, VERIFIED denies the allegations contained in paragraph 35 of the Complaint.

36. Answering paragraph 36 of the Complaint, VERIFIED denies the allegations contained in paragraph 36 of the Complaint.

37. Answering paragraph 37 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint, and therefore denies the allegations.

38. Answering paragraph 38 of the Complaint, VERIFIED denies the allegations contained in paragraph 38 of the Complaint.

39. Answering paragraph 39 of the Complaint, VERIFIED denies the allegations contained in paragraph 39 of the Complaint.

40. Answering paragraph 40 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint, and therefore denies the allegations.

41. Answering paragraph 41 of the Complaint, VERIFIED denies the allegations contained in paragraph 41 of the Complaint.

42. Answering paragraph 42 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint, and therefore denies the allegations.

43. Answering paragraph 43 of the Complaint, VERIFIED denies the allegations contained in paragraph 43 of the Complaint.

44. Answering paragraph 44 of the Complaint, VERIFIED denies the allegations contained in paragraph 44 of the Complaint.

45. Answering paragraph 45 of the Complaint, VERIFIED denies the allegations contained in paragraph 45 of the Complaint.

46. Answering paragraph 46 of the Complaint, VERIFIED denies the allegations contained in paragraph 46 of the Complaint.

47. Answering paragraph 47 of the Complaint, VERIFIED denies the allegations contained in paragraph 47 of the Complaint.

48. Answering paragraph 48 of the Complaint, VERIFIED denies the allegations contained in paragraph 48 of the Complaint.

49. Answering paragraph 49 of the Complaint, VERIFIED denies the allegations contained in paragraph 49 of the Complaint.

50. Answering paragraph 50 of the Complaint, VERIFIED denies the allegations contained in paragraph 50 of the Complaint.

51. Answering paragraph 51 of the Complaint, VERIFIED denies the allegations contained in paragraph 51 of the Complaint.

52. Answering paragraph 52 of the Complaint, VERIFIED denies the allegations contained in paragraph 52 of the Complaint.

53. Answering paragraph 53 of the Complaint, VERIFIED denies the allegations contained in paragraph 53 of the Complaint.

54. Answering paragraph 54 of the Complaint, paragraph 54 of the Complaint alleges no factual allegations, as such no response is necessary

55. Answering paragraph 55 of the Complaint, VERIFIED denies the allegations contained in paragraph 5 of the Complaint.

56. Answering paragraph 56 of the Complaint, VERIFIED denies the allegations contained in paragraph 56 of the Complaint.

57. Answering paragraph 57 of the Complaint, VERIFIED denies the allegations contained in paragraph 57 of the Complaint.

58. Answering paragraph 58 of the Complaint, VERIFIED is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint, and therefore denies the allegations.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CAUSE OF ACTION)

The Complaint fails to state facts sufficient to constitute a cause of action against VERIFIED.

## SECOND AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Plaintiff and/or proposed class members by their own acts and/or omissions are estopped from recovering at all against VERIFIED.

## THIRD AFFIRMATIVE DEFENSE

### (CONSENT)

Plaintiff and/or proposed class member by their own words and conduct consented to the alleged contacts by VERIFIED.

## FOURTH AFFIRMATIVE DEFENSE

### (LACK OF STANDING)

Plaintiff and/or proposed class members lack standing to bring this lawsuit against VERIFIED.

## FIFTH AFFIRMATIVE DEFENSE

## (STATUTES OF LIMITATION)

Plaintiff's and/or proposed class members causes of action, and each of them, are barred by the applicable statutes of limitation.

## SIXTH AFFIRMATIVE DEFENSE

## (FAILURE TO MITIGATE DAMAGES)

VERIFIED denies that Plaintiff and/or proposed class members have been damaged in any sum or sums, but to the extent Plaintiff and/or proposed class members have been damaged, those damages should be reduced based on their failure to mitigate.

## SEVENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

Plaintiff and/or proposed class members are barred from presenting their claims before the court based on the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

## (LACHES)

Plaintiff's and/or proposed class members claims are barred by the doctrine of laches.

## NINTH AFFIRMATIVE DEFENSE

## (INTERVENING OR SUPERSEDING CAUSE)

The damages that Plaintiff and/or proposed class members claim to have suffered were caused or made worse by an event that occurred after the incident complained of.

## TENTH AFFIRMATIVE DEFENSE

## (LACK OF DAMAGES)

Plaintiff's and/or proposed class members' claims are barred in that they have not been damaged.

## ELEVENTH AFFIRMATIVE DEFENSE

## (WAIVER)

Plaintiff's and/or proposed class members' claims are barred based on the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE

## (JOINDER)

Plaintiff has failed to join indispensable parties with which a full, complete and equitable adjudication can be made in this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

## (ACTS OF OTHER PARTIES)

VERIFIED alleges that, if it is subject to any liability by Plaintiff and/or proposed class members, herein it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiff, and/or proposed class members, should be barred or reduced according to law, up to and including the whole thereof.

## FOURTEENTH AFFIRMATIVE DEFENSE

## (ABSENCE OF NECESSARY PARTIES)

The purported claims and causes of action alleged by Plaintiff require, for their complete adjudication, the joining of additional, necessary, or indispensable parties, without whom the

purported claims and causes of action cannot be fully, finally, and completely resolved.

## **DEMAND FOR A JURY TRIAL**

PLEASE TAKE NOTICE that Defendant VERIFIED TAX RELIEF, INC. hereby demands a trial by jury in this action.

Respectfully submitted April 12, 2022.

*/s/ Scott Slawson*
Scott Slawson, CO Bar No. 46001
MCDONOUGH LAW, LLC
1635 Foxtrail Drive
Loveland, CO 83538
Tel: 970-999-0179
Office: 970-776-3311
scott@mcdonoughlawllc.com


*/s/ Brent Phillips*
Brent R. Phillips CA Bar No. 23575
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant VERIFIED TAX RELIEF, INC.